UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ALONSO ARMENTA,<br><br>           Petitioner,<br><br>     v.<br><br>MICHAEL MCDONALD,<br>Warden,<br><br>           Respondent. | Case No. CV 11-4102 JC<br><br>JUDGMENT |

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: June 1, 2012

                              _____/s/_____
                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE

1