UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ALONSO ARMENTA, | Case No. CV 11-4102 JC |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL MCDONALD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: June 1, 2012

_____/s/_____

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1